**FILED
CLERK**

7:51 am, Oct 01, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UZID, LLC.,<br><br>Defendant. | Case No. 2:21-cv-3732 |

### 1. NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Tenzer-Fuchs hereby dismisses all claims alleged in the case, *Tenzer-Fuchs v. Uzid, LLC.*, No. 2:21-cv-30732, with prejudice, and with each party bearing her and its own costs.

Dated:  September 30, 2021

Case closed.
SO ORDERED.
/s/ JMA, USDJ
10/1/2021

Respectfully submitted,

/s/ Jonathan Shalom_____
Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel.: (718) 971-9474

*Attorney for Plaintiff
Michelle Tenzer-Fuchs*